United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-14828-amc
Marcia J. Culbert                                                               Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2          Date Rcvd: Apr 10, 2019
                              Form ID: pdf900         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.
```
db              Marcia J. Culbert,    406 Printz Avenue,    Essington, PA 19029-1313
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14169156       +Aqua Pennsylvania,    762 W Lancaster Ave,    Bryn Mawr, PA 19010-3489
14238626       +Global Lending Services LLC,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Ste 5000,    Philadelphia, PA 19106-1541
14169159        IC System, Inc.,    PO Box 64437,    Saint Paul, MN 55164-0437
14187149        Karina Velter, Esquire (94781),    Manley Deas Kochalski LLC,    Atty for JPMorgan Chase Bank,
                 P.O. Box 165028,    Columbus, OH 43216-5028
14169160        Milstead & Associates,    1 E Stow Rd,    Marlton, NJ 08053-3118
14169161        PECO Energy Bankruptcy Group,    2301 Market St Ste S23-1,    Philadelphia, PA 19103-1338
14169163        Southeast Radiology, LTD (CCMC),    PO Box 3247,    Evansville, IN 47731-3247
14293667       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14186546        The Bank of New York Mellon,    c/o Wells Fargo Bank, N.A.,
                 Default Document Processing N9286-01Y,    1000 Blue Gentian Road,    Eagan MN, 55121-7700
14169164        Transworld Systems,    PO Box 17221,    Wilmington, DE 19850-7221
14169166        Wells Fargo Home Mortgage Inc.,    1 Home Campus Apt Correspondence,
                 Des Moines, IA 50328-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 11 2019 02:38:08      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2019 02:37:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 11 2019 02:38:02      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14169157        E-mail/Text: creditsolutiongroup@fmfcu.org Apr 11 2019 02:37:34      Franklin Mint FCU,
                 5 Hillman Dr # 100,    Chadds Ford, PA 19317-9752
14169158        E-mail/Text: bankruptcy@glsllc.com Apr 11 2019 02:37:36      Global Lending Services,
                 PO Box 10437,    Greenville, SC 29603-0437
14183770        E-mail/Text: bankruptcy@glsllc.com Apr 11 2019 02:37:36      Global Lending Services LLC,
                 1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
14191056       +E-mail/Text: bankruptcygroup@peco-energy.com Apr 11 2019 02:37:43      PECO Energy Company,
                 2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
14205251       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 11 2019 02:44:55      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14169165        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 11 2019 02:37:35
                 Verizon Wireless,    PO Box 5029,    Wallingford, CT 06492-7529
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14169162      ##Premier Orthopaedics and Sports,    1 Medical Center Blvd,    Chester, PA 19013-3902
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Virginia              Page 2 of 2              Date Rcvd: Apr 10, 2019
                              Form ID: pdf900             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2019 at the address(es) listed below:
              KARINA   VELTER    on behalf of Creditor    The Bank of New York Mellon amps@manleydeas.com
              KENNETH E. WEST    on behalf of Debtor Marcia J. Culbert dwabkty@aol.com,
               G6211@notify.cincompass.com
              KEVIN G. MCDONALD    on behalf of Creditor    Global Lending Services, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARCIA J CULBERT                    Chapter 13

                Debtor          Bankruptcy No. 18-14828-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: April 10, 2019**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
KENNETH E. WEST ESQUIRE
830 LANSDOWNE AVENUE

DREXEL HILL, PA 19026


Debtor:
MARCIA J CULBERT

406 PRINTZ AVENUE

ESSINGTON, PA 19029